## LULA BLOCK v. CLARK HALL AND ANOTHER.

116 N. W. (2d) 505.

August 10, 1962—No. 38,695.

*King & MacGregor* and *John P. Lommen,* for appellants.
*Philip J. Stern,* for respondent.

PER CURIAM.

Plaintiff moves to dismiss an appeal by defendants on the ground that the order appealed from is nonappealable. The order grants a new trial

in general terms without compliance with Minn. St. 605.09(4). Neither the order nor a memorandum attached specifies that the order is based exclusively upon errors of law occurring at the trial and upon no other ground. The motion to dismiss should be and is hereby granted.

Appeal dismissed.